UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHAVILLIA JEFFERSON,

                    Plaintiff,

vs.                                                     Case No. 8:10-CV-2158-T-27AEP

WELL CARE COMPREHENSIVE
HEALTH MANAGEMENT,

                    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate

Judge (Dkt. 4) recommending that this case be dismissed if Plaintiff fails to file an amended

complaint that corrects the deficiencies discussed in the report by December 6, 2010.  Plaintiff has

filed neither objections to the Report and Recommendation nor an amended complaint.

After careful consideration of Report and Recommendation in conjunction with an

independent examination of the file, the Court is of the opinion that the Report and Recommendation

should be adopted, confirmed, and approved in all respects.  Accordingly, it is **ORDERED**:

1)  The Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved in all

respects and is made a part of this order for all purposes, including appellate review.

2)  This case is **DISMISSED** without prejudice.

3)  The Clerk is directed to terminate any pending motions and **CLOSE** the case.

**DONE AND ORDERED** in chambers this 6 day of January, 2011.

                                        JAMES D. WHITTEMORE
                                        **United States District Judge**

Copies to: *pro se* Plaintiff